IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ANDY GRIFFIN,**

    **Plaintiff,**

**v.**                                          **Case No. 1:21-cv-52-AW-GRJ**

**DONALD K. THOMAS, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's June 29, 2021 report and recommendation. ECF No. 15. Plaintiff filed timely objections, ECF No. 16, which I have considered de novo.

Plaintiff, a state inmate, filed a lengthy handwritten civil rights complaint. The magistrate judge ordered Plaintiff to file an amended complaint that complied with the court's rules. Plaintiff has not done so, despite multiple opportunities. I therefore agree with the magistrate judge that the case should be dismissed for failure to comply with a court order.

The report and recommendation (ECF No. 15) is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice based on Plaintiff's failure to comply with a court order." The clerk will then close the file.

SO ORDERED on August 5, 2021.

*s/ Allen Winsor*
United States District Judge
